UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

1776 Mass Ave Re LLC, a Delaware limited liability company

Plaintiff

Case No.: 1:21-cv-01588

vs.

Confucius Institute US Center, Inc., a District of Columbia Corporation

Defendant

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/22/2021 at 12:59 PM, I served Confucius Institute US Center, Inc., a District of Columbia Corporation c/o Corporation Service Company, Registered Agent at 1090 Vermont Avenue, NW, Washington, DC 20005 with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet, and Complaint by serving Tiarra Elliott, Agent, authorized to accept service on behalf of Corporation Service Company.

Tiarra Elliott is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 175   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

6/24/21
Executed On

Ambiko Wallace

Client Ref Number: 00143379
Job #: 1590962

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

1776 Mass Ave RE LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

Confucius Institute U.S. Center, Inc., a District of Columbia corporation

*Defendant(s)*

Civil Action No. 21-cv-01588-CJN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Confucius Institute U.S. Center, Inc.
Serve: Corporation Service Company
Registered Agent
1090 Vermont Avenue, N.W.
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Constantinos G. Panagopoulos
Matthew D. Lamb
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 06/14/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*