IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation**,**<br><br>Defendant. | Case No. 1:21-cv-01588-CJN |

## CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for 1776 Mass Ave RE LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of 1776 Mass Ave RE LLC which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated:  June 29, 2021 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>/s/ *Matthew D. Lamb*<br>Constantinos G. Panagopoulos (#430932)<br>Matthew D. Lamb (#1034529)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Fax: (202) 661-2299<br>cgp@ballardspahr.com<br>lambm@ballardspahr.com<br>*Counsel for Plaintiff* |