Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

1776 MASS AVE RE LLC

        Plaintiff(s)

    v.

Civil Action: 21-cv-01588-CJN

CONFUCIUS INSTITUTE U.S. CENTER, INC.

        Defendant(s)

**RE:** CONFUCIUS INSTITUTE U.S. CENTER, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 22, 2021, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of July, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk