IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation,<br><br>Defendant. | Case No. 1:21-cv-01588-CJN |

**APPLICATION FOR WRIT OF ATTACHMENT ON JUDGMENT OTHER THAN WAGES, SALARY, AND COMMISSIONS TO PAYPAL, INC.**

Plaintiff 1776 Mass Ave RE LLC ("Judgment Creditor"), by its undersigned attorneys, applies for the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to PayPal, Inc. ("Garnishee"), and in support thereof says:

1. On August 20, 2021, this Court entered a Judgment in a Civil Action in favor of Plaintiff and against defendant Confucius Institute US Center, Inc. ("Judgment Debtor") in the amount of $323,833.46, with interest to accrue on that amount at the applicable statutory rate.

2. Plaintiff now seeks the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Garnishee.

3. The name and address of Judgment Debtor are:

   Confucius Institute US Center, Inc.
   c/o Corporation Service Company, Registered Agent
   1090 Vermont Avenue, NW
   Washington, DC 20005

4. The name and address of Garnishee are:

      PayPal, Inc.
      c/o CT Corporation Systems, Registered Agent
      1015 15th St NW
      Suite 1000
      Washington, DC 20005

WHEREFORE, Judgment Creditor respectfully requests the following relief:

A.    That a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions be issued to Garnishee; and

B.    That Judgment Creditor be granted such other and further relief as is just and equitable.

Dated: October 26, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Matthew D. Lamb*
Constantinos G. Panagopoulos (#430932)
Matthew D. Lamb (#1034529)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
lambm@ballardspahr.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2021, I served the foregoing **Application for Writ of Attachment on Judgment other than Wages, Salary, and Commissions to PayPal, Inc.** to the following via United States mail:

Confucius Institute US Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

  /s/ Matthew D. Lamb
MATTHEW D. LAMB

# EXHIBIT 1

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____                                      _____
            Plaintiff(s)                          vs                          Defendant(s)

CIVIL ACTION NO._____
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To _____

_____Garnishee:

     You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.
     The Judgement against the defendant was entered on _____ in the amount of

_____($_____) and the costs amounting to $

_____ with interest at _____% from

_____ less credits of $ _____.

     Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>
     Witness the Honorable Chief Judge of said Court, this _____ day of _____, _____.

                                        Angela D. Caesar, Clerk

                                        By _____
                                              Deputy Clerk

_____
Attorney for Plaintiff
_____

_____

_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____

_____

_____

_____

_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____                    _____
                                                                        Garnishee