IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation,<br><br>Defendant. | Case No. 1:21-cv-01588-CJN |

### APPLICATION FOR WRIT OF ATTACHMENT ON JUDGMENT OTHER THAN WAGES, SALARY, AND COMMISSIONS TO WELLS FARGO BANK, N.A.

Plaintiff 1776 Mass Ave RE LLC ("Judgment Creditor"), by its undersigned attorneys, applies for the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Wells Fargo Bank, N.A. ("Garnishee"), and in support thereof says:

1. On August 20, 2021, this Court entered a Judgment in a Civil Action in favor of Plaintiff and against defendant Confucius Institute US Center, Inc. ("Judgment Debtor") in the amount of $323,833.46, with interest to accrue on that amount at the applicable statutory rate.

2. Plaintiff now seeks the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Garnishee.

3. The name and address of Judgment Debtor are:

   Confucius Institute US Center, Inc.
   c/o Corporation Service Company, Registered Agent
   1090 Vermont Avenue, NW
   Washington, DC 20005

4. The name and address of Garnishee are:

>Wells Fargo Bank, N.A.
>2001 K Street, Northwest
>Suite 103
>Washington, DC 20006

WHEREFORE, Judgment Creditor respectfully requests the following relief:

A. That a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions be issued to Garnishee; and

B. That Judgment Creditor be granted such other and further relief as is just and equitable.

| | |
|---|---|
| Dated: October 26, 2021 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>/s/ *Matthew D. Lamb*<br>Constantinos G. Panagopoulos (#430932)<br>Matthew D. Lamb (#1034529)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Fax: (202) 661-2299<br>cgp@ballardspahr.com<br>lambm@ballardspahr.com<br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on October 26, 2021, I served the foregoing **Application for Writ of Attachment on Judgment other than Wages, Salary, and Commissions to Wells Fargo Bank, N.A.** to the following via United States mail:

Confucius Institute US Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

                                         /s/ Matthew D. Lamb
                                         MATTHEW D. LAMB