IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation**,**<br><br>Defendant. | Case No. 1:21-cv-01588-CJN |

**APPLICATION FOR WRIT OF ATTACHMENT ON JUDGMENT OTHER THAN WAGES, SALARY, AND COMMISSIONS TO TD BANK, NATIONAL ASSOCIATION**

Plaintiff 1776 Mass Ave RE LLC ("Judgment Creditor"), by its undersigned attorneys, applies for the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to TD Bank, National Association ("Garnishee"), and in support thereof says:

1. On August 20, 2021, this Court entered a Judgment in a Civil Action in favor of Plaintiff and against defendant Confucius Institute US Center, Inc. ("Judgment Debtor") in the amount of $323,833.46, with interest to accrue on that amount at the applicable statutory rate.

2. Plaintiff now seeks the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Garnishee.

3. The name and address of Judgment Debtor are:

   Confucius Institute US Center, Inc.
   c/o Corporation Service Company, Registered Agent
   1090 Vermont Avenue, NW
   Washington, DC 20005

4. The name and address of Garnishee are:

TD Bank, National Association
2000 K Street, Northwest
Washington, DC 20006

WHEREFORE, Judgment Creditor respectfully requests the following relief:

A. That a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions be issued to Garnishee; and

B. That Judgment Creditor be granted such other and further relief as is just and equitable.

Dated:  October 26, 2021                                    Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Matthew D. Lamb*
Constantinos G. Panagopoulos (#430932)
Matthew D. Lamb (#1034529)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
lambm@ballardspahr.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2021, I served the foregoing **Application for Writ of Attachment on Judgment other than Wages, Salary, and Commissions to TD Bank, National Association** to the following via United States mail:

Confucius Institute US Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

                                                                   /s/ Matthew D. Lamb
                                                                    MATTHEW D. LAMB