United States District Court For The District Of Columbia

## United States District Court For The District Of Columbia

No. CO-901A

1176 Mass Ave RE LLC

v.

Confucius Institute US Center, INC

### TD Bank, N.A. Answer to Interrogatories

1. Were you at the time of the service of the writ of attachment, or have been between the time of such service and the filing of your answer to this interrogatory indebted to the defendant(s), and, if so, how and in what amount?

No.

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in your possession or charge, and, if so, what?

At the time of service of the writ of attachment and at all subsequent times, after an account review pursuant to 31 CFR Part 212, TD Bank, N.A. had in it's possession funds held in the name of the defendant in the amount of $0.00, after the assessment of a $125.00 processing fee, which may be subject to the writ of attachment.

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

TD Bank, N.A.

*Shayon Basak*
By: Shayon Basak,
Levy Associate

Sworn to before me
this 18th day of January 2022

_____
Notary Public

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.  Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
    ANSWER  No

2.  Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
    ANSWER  $0.00

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 01/18/2022

*Shayon Basak*
Garnishee