UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| 1776 Mass Ave RE LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:21-CV-1588 |
| Confucious Institute US Center, Inc. | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of PayPal, Inc., a garnishee in the above-captioned matter.

Respectfully submitted,

KUTAK ROCK LLP

*/s/*Jennifer M. Blunt
Fed. Bar #470443
KUTAK ROCK LLP
1625 Eye Street, Suite 800
Washington, DC  20006
Phone: (202) 828-2400
Fax: (202) 828-2488
jennifer.blunt@kutakrock.com

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2022 I caused the foregoing to be served on all counsel and parties via the Court's CM/ECF system

/s/ Jennifer M. Blunt
Jennifer M. Blunt

4877-0935-9628.1