# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 Mass Ave RE LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Confucious Institute US Center, Inc.** )<br>)<br>**Defendant.** )<br>)<br>) | 1:21-CV-1588 |

## PAYPAL, INC.'s ANSWER TO GARNISHMENT

PayPal, Inc. ("PayPal" or "Garnishee") through undersigned counsel, submits the following Answer to the Writ of Attachment on Judgment other than Wages, Salary and Commissions (the "Garnishment") served by the Plaintiff herein, as follows:

1. PayPal is in receipt of the Garnishment and, based on the information provided therein, has located potentially responsive accounts.

2. The identifying information provided in the Garnishment lacks sufficient particularity for Garnishee to differentiate which accounts belong to the party named in the Garnishment.

3. Specifically, PayPal requires the following information to identify the party named in the Garnishment:

    -TIN/EIN:
    -E-mail address
    -Full SSN
    -Phone Number
    - Street/PO Box Address

4881-9399-7836.1

4.  The additional requested information should be submitted to:

Sabrina Kelley
Executive Escalations Legal Specialist
PayPal
7700 Eastport Parkway
LaVista, NE  68128

                          Respectfully submitted,

                          KUTAK ROCK LLP

                          */s/*Jennifer M. Blunt
                          Fed. Bar #470443
                          KUTAK ROCK LLP
                          1625 Eye Street, Suite 800
                          Washington, DC  20006
                          Phone: (202) 828-2400
                          Fax: (202) 828-2488
                          jennifer.blunt@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2022 I caused the foregoing to be served on all counsel and parties via the Court's CM/ECF system

                          /s/ Jennifer M. Blunt
                              Jennifer M. Blunt