

**WELLS FARGO**

Legal Order Processing   D1111-01A
P.O. Box 1416
Charlotte, NC 28201

July 13, 2022

United States District Court District Of Columbia
Clerk
333 Constitution Avenue, N.W.
Washington, DC 20001

Subject: Information provided in response to your request
Date issued: January 7, 2022
Legal order amount: $323,833.46
Wells Fargo case number: 1151722
Your reference number: 121CV1588
Judgment debtor: CONFUCIUS INSTITUTE US CENTER, INC

Dear Clerk

We received your legal documents related to the case above, and are providing the information you requested.

**FUNDS HELD: $2790.19**

If you have questions please call us at (480) 724-2000, Monday through Friday, 8 a.m. to 8 p.m. Eastern Time.

Thank you.

Sincerely,

*Steve Gilbert*

Steve Gilbert
Operations Manager
Legal Order Processing



RECEIVED
Mail Room
JUL 18 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1/10/2022 1:57 pm
In Person, No fee received
AU 0046015
LaRonta' B
LaRonta' Benjamin
CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

1776 Mass Ave RE LLC                                    Confucius Institute US Center, Inc.
_____                                 _____
      Plaintiff(s)                    vs                       Defendant(s)

CIVIL ACTION NO. 1:21-cv-1588
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To **Wells Fargo Bank, N.A.**_____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on **August 20, 2021** in the amount of three hundred twenty-three thousand eight hundred thirty-three dollars and 46 cents ($ **323,833.46**) and the costs amounting to $ **0** with interest at **0.08** % from **August 20, 2021** less credits of $ _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this **7th** day of **January**, **2022**.

Angela D. Caesar, Clerk

By **E. Garmendez**
    Deputy Clerk

**Matthew D. Lamb**
Attorney for Plaintiff
1909 K Street NW, 12th Floor

**Washington, DC 20006**

**202-661-2200**
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
   ANSWER _____

   _____

   _____

   _____

   _____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
   ANSWER _____

   _____

   _____

   _____

   _____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____
                                              Garnishee

_____ Vance W.
Private Process Server

**CAPITOL PROCESS SERVICES, INC.**
CAPITOL INVESTIGATOR SERVICES

1827 18th Street, NW    Tel.: (202) 667-0050
Washington, DC 20009-5526    Fax: (202) 667-2520

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER

    NO

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?      YES, BANK ACCT
ANSWER

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____                                                        _____
                                                                                                                        Garnishee
                            Wells Fargo Bank
                            A search of our records indicate the following
                            ____ No Funds
                            ____ No Accounts
                            ____ Account Closed
                            ____ Under Threshold
                            ____ No Customer
                            _X_ Funds Held $$2,790.19
                            Veronica Harmon
                            Authorized Signer      Date JUL 1 4 2022