

**Legal Order Processing**
S4001-01E
P.O. Box 29779
Phoenix, AZ 85038

February 15, 2023

United States District Court District of Columbia
Clerk
333 Constitution Avenue N.W.
Washington, DC  20001

Subject: Information needed to resolve legal case
Judgement Confucius Institute U.S. Center, INC
Date: January 7, 2022
Legal order amount: $323,833.46
Wells Fargo case number: 1151722
Your reference number: 121CV1588

Dear Agent

Wells Fargo received a legal order issued on January 7, 2022, in the amount of $323,833.46, which was submitted against the judgment debtor. To date, we have not received any instruction to disposition the case. To help us reach resolution, please complete steps 1 and 2 below.

**What you need to do**
1. Check one option below that best describes the status of this case and provide information in the Comments field that explains your selection.

    ☐ Legal order is pending

    ☐ Legal order is closed and was satisfied on _____

    Comments
    _____
    _____

2. Send us the completed copy of this letter and supporting documentation in one of the following ways:

    – **Fax** to 1-866-670-1561
    – **Mail** to:
        P.O. Box 29779
        S4001-01E
        Phoenix, AZ 85038

If you have questions, please call us at 480-724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

Emily Chandler
Site Manager
Legal Order Processing



RECEIVED
Mail Room
FEB 2 1 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia