# Exhibit 2

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**1776 Mass Ave Re LLC**

**Plaintiff**

**Case No.: 1:21-cv-1588**

*vs.*

**Confucius Institute US Center, Inc.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Writ of Attachment Other Than Wages, Salary and Commissions in the above entitled case.

That on 01/10/2022 at 1:37 PM, I served Wells Fargo Bank, N.A. at 2001 K Street, NW, Suite 103, Washington, DC 20006 with the Writ of Attachment Other Than Wages, Salary and Commissions by serving Laronta Benjamin, Branch Manager, authorized to accept service.

Laronta Benjamin is described herein as:

Gender: Male   Race/Skin: Black   Age: 38   Weight: 260   Height: 6'1"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1/11/2022
_____
Executed On

_____
Vance M. Warren, Sr.

Client Ref Number:00143379
Job #: 1597926

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

1776 Mass Ave RE LLC
_____
Plaintiff(s)

vs

Confucius Institute US Center, Inc.
_____
Defendant(s)

CIVIL ACTION NO. 1:21-cv-1588 _____
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To **Wells Fargo Bank, N.A.** _____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on **August 20, 2021**_____ in the amount of three hundred twenty-three thousand eight hundred thirty-three dollars and 46 cents ($**323,833.46**) and the costs amounting to $ **0**_____ with interest at **0.08**_____ % from **August 20, 2021**_____ less credits of $ _____ .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this **7th**_____ day of **January**_____ , 2022 _____ .

Angela D. Caesar, Clerk

By **E. Garmendez** _____
Deputy Clerk

**Matthew D. Lamb**
_____
Attorney for Plaintiff
1909 K Street NW, 12th Floor

**Washington, DC 20006**
_____

**202-661-2200**
_____
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a). D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____
                                                                        Garnishee