IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation**,**<br><br>        Defendant. | Case No. 1:21-cv-01588-CJN |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff 1776 Mass Ave RE LLC ("Plaintiff" or "Judgment Creditor") by its attorneys hereby responds to the Court's August 29, 2023 Minute Order to Show Cause, and states that the Court is correct that the outstanding writs in this case must be dismissed pursuant to D.C. Super. Ct. R. 69-I(e).

Dated:  September 15, 2023

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Christopher A. Hatfield*
Constantinos G. Panagopoulos (#430932)
Christopher A. Hatfield (#1024182)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
hatfieldc@ballardspahr.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2023, I served the foregoing **Response to Order to Show Cause** to the following via United States mail:

Confucius Institute U.S. Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

Wells Fargo Bank, N.A.
2001 K Street, Northwest
Suite 103
Washington, DC 20006

                                           /s/ Christopher A. Hatfield
                                           Christopher A. Hatfield