IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation,<br><br>        Defendant. | Case No. 1:21-cv-01588-CJN |

## APPLICATION FOR WRIT OF ATTACHMENT ON JUDGMENT OTHER THAN WAGES, SALARY, AND COMMISSIONS TO WELLS FARGO BANK, N.A.

Plaintiff 1776 Mass Ave RE LLC ("Plaintiff" or "Judgment Creditor") by its attorneys applies for the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Wells Fargo Bank, N.A. ("Wells Fargo" or "Garnishee") and in support thereof states:

1. On August 20, 2021, this Court entered a Judgment in a Civil Action in favor of Plaintiff and against Defendant/Judgment Debtor Confucius Institute US Center, Inc. ("Judgment Debtor") in the amount of $323,833.46, with interest to accrue on that amount at the applicable statutory rate.

2. Plaintiff now seeks the issuance of a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions directed to Garnishee.[1]

---

[1] The Court previously issued a Writ of Attachment on Judgment directed to Garnishee Wells Fargo on January 7, 2022. Dkt. No. 15 ("First Writ"). Garnishee responded to the writ on July 13, 2022, after which Plaintiff filed a Request for Release of Funds – Attachment. Dkt. No. 23. On August 29, 2023, the Court issued a Minute Order directing Plaintiff to show cause as to why the First Writ should not be dismissed pursuant to D.C. Super. Ct. R. Civ. P. 69-I(e). On September 15, 2023, Judgment Creditor responded by acknowledging that the Court must dismiss the First Writ, Dkt. No. 24, and on January 17, 2024, the Court dismissed the First Writ.

3. The name and address of Judgment Debtor are:

Confucius Institute US Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

4. The name and address of Garnishee are:

Wells Fargo Bank, N.A.
2001 K Street, Northwest
Suite 103
Washington, DC 20006

WHEREFORE, Judgment Creditor respectfully requests the following relief:

A. That a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions be issued to Garnishee; and

B. That Judgment Creditor be granted such other and further relief as is just and equitable.

Dated: January 23, 2024

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Christopher A. Hatfield*
Constantinos G. Panagopoulos (#430932)
Christopher A. Hatfield (#1024182)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
hatfieldc@ballardspahr.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 23, 2024, I served the foregoing **Application for Writ of Attachment on Judgment other than Wages, Salary, and Commissions to Wells Fargo Bank, N.A.** to the following via United States mail:

Confucius Institute U.S. Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

Wells Fargo Bank, N.A.
2001 K Street, Northwest
Suite 103
Washington, DC 20006

       /s/ Christopher A. Hatfield
      Christopher A. Hatfield