# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**1776 Mass Ave RE LLC**

    Plaintiff(s),

VS.

**Confucius Institute US Center, Inc.**

    Defendant(s).

Attorney: Christopher A. Hatfield

Ballard Spahr LLP+
1909 K Street NW, 12th Floor
Washington DC 20006



*318841*

Case Number: 1:21-cv-1588

Legal documents received by Same Day Process Service, Inc. on **02/06/2024** at **12:50 PM** to be served upon **Wells Fargo Bank, N.A. at 2001 K St., NW Suite 103, Washington, DC 20006**

I, **Henry Louis Grau**, swear and affirm that on **February 07, 2024** at **4:13 PM**, I did the following:

Served **Wells Fargo Bank, N.A.** by delivering a conformed copy of the **Writ of Attachment on Judgment Other Than Wages, Salary and Commissions; Interrogatories in Attachment Notice** to **Jay Mccloud** as **Branch Manager & Authorized Agent** of Wells Fargo Bank, N.A. at 2001 K St., NW Suite 103, Washington, DC 20006.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Henry Louis Grau**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:310841

