### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **1776 MASS AVE RE LLC**, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>**CONFUCIUS INSTITUTE US CENTER, INC.**, a District of Columbia Corporation,<br><br>    Defendant. | Case No. 1:21-cv-01588-CJN |

### **REQUEST FOR RELEASE OF FUNDS - ATTACHMENT**

  Plaintiff 1776 Mass Ave RE LLC ("Plaintiff" or "Judgment Creditor") by its attorneys and pursuant to D.C. Code § 16-556, hereby files this Request for Release of Funds and in support thereof, states as follows:

  1. On August 20, 2021, this Court entered Judgment against Judgment Debtor Confucius Institute US Center, Inc. ("Judgment Debtor") in the amount of $323,833.46 with interest at 0.08 percent from the date of the judgment ("Judgment").

  2. On January 29, 2024, this Court issued a Writ of Attachment on Judgment Other than Wages, Salary and Commissions to Garnishee Wells Fargo Bank, N.A. ("Garnishee") against Judgment Debtor in favor of Judgment Creditor (the "Writ") and a to attach any and all funds, monies, credits, accounts receivables, or other assets payable from the Garnishee, which are in or may come into the hands of the said Garnishee.  A copy of the Writ is attached hereto as **Exhibit A**.

  3. On February 6, 2024, the Writ was served by private process upon Garnishee.  A copy of the Affidavit of Service is attached hereto as **Exhibit B**.

4. On or about February 21, 2024, Garnishee served a response to the Writ,[1] which stated that Garnishee held funds at the time of service of the Writ for Judgment Debtor in the total amount of $2,790.19 ("Answer"). A copy of the Answer is attached hereto as **Exhibit C**.

5. At least thirty (30) days have passed since service of the Writ of Attachment upon Garnishee.

WHEREFORE, Plaintiff 1776 Mass Ave RE LLC requests this Court enter an order in favor of Plaintiff directing Garnishee Wells Fargo Bank, N.A. to release the funds in its possession in the amount of $2,790.19 to Plaintiff and such other and further relief as may be just and equitable.

Dated:  March 15, 2024

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Christopher A. Hatfield*
Constantinos G. Panagopoulos (#430932)
Christopher A. Hatfield (#1024182)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com
hatfieldc@ballardspahr.com
*Counsel for Plaintiff*

---

[1] Judgment Creditor had previously served Garnishee with a similar writ, to which Garnishee had responded and which writ was dismissed by the Court by Minute Order on January 17, 2024. Garnishee has included its response to the previous writ in its Answer, but the final page of the Answer contains the clearly-updated response to service of the Writ on February 6, which is dated February 21, 2024. *See* Ex. C at 7.

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2024, I served the foregoing **Request for Release of Funds – Attachment** to the following via United States mail:

Confucius Institute US Center, Inc.
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005

Wells Fargo Bank, N.A.
2001 K Street, Northwest
Suite 103
Washington, DC 20006

                                           /s/ Christopher A. Hatfield
                                           Christopher A. Hatfield