# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1776 MASS AVE RE LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>CONFUCIUS INSTITUTE US CENTER, INC.,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-01588 (CJN) |

## **ORDER**

Upon consideration of Plaintiff's Request for Release of Funds, ECF No. 29, and good cause having been shown, it is hereby

**ORDERED** that Garnishee Wells Fargo Bank, N.A. shall release to 1776 Mass Ave RE LLC, the judgment creditor in the above-captioned matter, funds in its possession in the amount of $2,790.19, this being the total amount of assets of the Judgment Debtor Confucius Institute US Center, Inc. confessed by the Garnishee.

DATE:  May 16, 2024

                                                                                                   CARL J. NICHOLS<br>
                                                                                                   United States District Judge